ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | U.S.D.C. No. 06CR1247-BEN |
| Plaintiff, ) | |
| v. ) | **ORDER TO TURN OVER CONVICTION DOCUMENTS** |
| RICARDO MARROQUIN, ) | |
| Defendant. ) | |

TO: CAROL LAM, UNITED STATES ATTORNEY;
CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY; and
KATE McCLORY, UNITED STATES PROBATION OFFICER.

**IT IS ORDERED,** good cause having been shown, that the Probation Department provide defense counsel with copies of all documents relating to Mr. Marroquin's alleged prior conviction and sentence and the criminal history calculation in his Pre-Sentence Report.

**SO ORDERED.**

Dated: 9/27/06

HONORABLE ROGER T. BENITEZ
United States District Judge

PRESENTED BY:
ELIZABETH M. BARROS
Federal Defenders of San Diego, Inc.
Attorneys for Steven Brian Sullivan